**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**UNITED STATES OF AMERICA**               **CRIM. ACTION NO. 3:25-00206-02**

**VERSUS**                                 **JUDGE DAVID C. JOSEPH**

**CAMERON DONNELL BROWN (02)**             **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 73], having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of Defendant Cameron Donnell Brown and adjudges him guilty of the offense charged in Count Two of the Indictment.

THUS, DONE AND SIGNED in Chambers on this 29th day of June 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE